UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20972
_____

In the matter of: WAYMAN HENRY CHUNN, III,

Debtor.

WAYMAN HENRY CHUNN, III,

Appellant,

versus

LINDA LEE CHUNN, LOHMANN,
IRWIN & GLAZER, L.L.P.,
STEVEN VALIKONIS,

Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CV-3882)
_____

December 7, 1998

Before KING, JOLLY, and JONES, Circuit Judges.

PER CURIAM:[*]

Having studied the record and court opinions in light of
the post-argument briefs filed by the parties, we are convinced
that this court lacks appellate jurisdiction over the order issued
by the district court. That order remands to the bankruptcy court
for an explanation of certain sums found nondischargeable by the

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

bankruptcy court, and it is possible that, in light of the bankruptcy court's additional decision, the district court would alter or amend the judgment against the debtor. The remand, therefore, involved "significant further proceedings", and under the jurisprudence of this court, the district court's order is neither final nor otherwise appealable. See In the Matter of Nicholas, 21 F.3d 690, 692 (5th Cir. 1994); In re County Management, Inc., 788 F.2d 311 (5th Cir. 1986).

This court regrets that extra delay will necessarily be entailed by our order, and we hope that the lower courts can proceed expeditiously to resolve this case once and for all.

DISMISSED.